## STATEMENT OF FACTS

Your affiant, ███████, is a Special Agent with the Federal Bureau of Investigation ("FBI"), assigned to the Columbia Field Office, Greenville Resident Agency. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021.

As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause to support an application for an arrest warrant, it does not contain every fact known by me or the United States. The dates listed in this Affidavit should be read as "on or about" those dates.

The United States Capitol is secured 24 hours a day by the United States Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the U.S. Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President

Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Identification and Conduct of JOHN BARRY CHISHOLM and MIKE ANDERSON*

On or about January 7, 2021, an individual known to the FBI ("CW-1") submitted an online tip to report that John Barry Chisholm ("CHISHOLM") was inside the U.S. Capitol building on January 6, 2021. CW-1, an individual personally familiar with CHISHOLM, also reported that CHISHOLM had posted photographs on social media from inside the building but that he later deleted the photographs. CW-1 attached several screenshots of Facebook posts made by a person with the username John Barry Chisholm. In one comment, CHISHOLM stated, "we in the Capital You need people like us," as depicted in Image 1 below.



(*Image 1: screenshot of Facebook comments posted by CHISHOLM*)

In Image 2, also provided by CW-1, another Facebook user asked, "You do realize [Vice President] Pence has no power when it comes to rejecting elections right?" To this, CHISHOLM responded that Vice President Pence "can't reject it but he can send it back to the states" and "We are asking them about it now lol." Below is a screenshot of these comments.

2



(*Image 2: screenshot of Facebook comments posted by CHISHOLM*)

On January 7, 2021, the FBI received the screenshots depicted above in Images 1 and 2, which appear to have been posted approximately 15 to 17 hours prior to being saved, indicating that the comments were likely posted on or about January 6, 2021. As detailed below, the FBI obtained a search warrant for CHISHOLM's Facebook account, but did not locate the posts in these screenshots in the search warrant return.

On or about January 21, 2021, the FBI interviewed another witness ("CW-2"), who told the FBI that they were in communication with CHISHOLM while CHISHOLM was traveling to the U.S. Capitol on January 6, 2021. CW-2 saw a video of CHISHOLM outside of the Capitol, but CW-2 was not in possession of the video at the time of the interview.

On or about January 7, 2021, an individual ("CW-3") familiar with Mike Anderson ("ANDERSON") submitted a screenshot of a Facebook post (see Image 3 below) of an individual utilizing the Facebook profile of "Mike Anderson." The screenshot shows a Facebook post containing photos and videos taken inside the U.S. Capitol building during the breach on January 6, 2021 with a caption that reads, "Took the doors down this bitch!!!" The FBI contacted CW-3 who identified the Facebook user as ANDERSON, an individual known personally to CW-3. CW-3 confirmed to the FBI that CW-3 was familiar with ANDERSON both in person and through his Facebook account, and confirmed that ANDERSON posted regularly using the account below.



(*Image 3: screenshot of Facebook post by ANDERSON*)

After receiving these tips, the FBI obtained and reviewed closed-circuit video ("CCTV") from the U.S. Capitol building on January 6, 2021. The review resulted in the FBI identifying ANDERSON and CHISHOLM inside the U.S. Capitol building, each wearing a black, hooded sweatshirt with the numbers "864" written across the chest in yellow. Based on my knowledge of the area, I know that 864 is the area code for the area around Greenville, South Carolina.

CCTV footage showed CHISHOLM and ANDERSON entering the U.S. Capitol building through the Senate Wing Doors at approximately 2:19 p.m., and exiting the U.S. Capitol building through a window near the Senate Wing Doors at approximately 2:28 p.m. Image 4 and Image 5 below show CHISHOLM and ANDERSON entering and exiting through the Senate Wing Door. CHISHOLM is circled in red, and ANDERSON is circled in yellow.



(*Image 4: screenshot of CCTV footage from U.S. Capitol Police*)



(*Image 5: screenshot of CCTV footage from U.S. Capitol Police*)

On or about June 4, 2021, FBI agents interviewed ANDERSON. Prior to the interview, the FBI contacted ANDERSON at a phone number with an 864 area code, which matches the area code printed on the sweatshirt that ANDERSON wore inside of the U.S. Capitol Building on January 6, 2021. During the interview, ANDERSON told agents that on January 5, 2021, he traveled to Washington, D.C. with some friends. ANDERSON admitted to entering the U.S. Capitol building on January 6, 2021 with CHISHOLM. During the interview, agents showed ANDERSON Image 6 below, and ANDERSON positively identified himself and CHISHOLM inside of the U.S. Capitol building. In the photograph, both ANDERSON and CHISHOLM were wearing black hooded sweatshirts depicting the number "864" on the chest.



(*Image 6: screenshot of CCTV footage from U.S. Capitol Police*)

Based upon personal observations of ANDERSON made during an in-person interview, I was able to identify the individual circled in red in the above Image 4 and Image 5 as CHISHOLM and the individual circled in yellow as ANDERSON.

Pursuant to legal process, the FBI obtained information from CHISHOLM's Facebook account, which was linked to his phone number with area code 864, and is the same telephone number the FBI has used to successfully contact CHISHOLM. On his Facebook page, CHISHOLM wrote the following posts or messages referencing his presence in Washington, D.C. and/or his participation in the riot at the Capitol on January 6, 2021:

- On January 6, 2021, CHISHOLM wrote in a comment, "we in dc."
- On or about January 6, 2021, CHISHOLM wrote in a private message on Facebook, "We in the White House." The other person responded, "Antifa stole the show at

capitol building - they broke the window and got in and took some stupid ass fake photos." CHISHOLM replied, "No we took capital."

- On January 7, 2021, CHISHOLM wrote in a comment: "They were making light work of those walls lol."
- About two minutes later, still on January 7, 2021, CHISHOLM wrote in a comment: "[A]lmost like the gro[o]ves were built for climbing lol.  The barriers made great ladders too lol." Based on my investigation, I understood CHISHOLM to be referring to rioters climbing walls surrounding the U.S. Capitol. Image 7 was submitted to the FBI by an individual who obtained it through open-source research. Individuals that appear to be CHISHOLM and ANDERSON are depicted in the photograph utilizing a bike rack to climb a wall near the Capitol building. The individual who appears to be CHISHOLM is circled in red and the individual who appears to be ANDERSON is circled in yellow.



(*Image 7:  open-source image of January 6, 2021*)

- On or about January 7, 2021, a different person asked CHISHOLM via private message about the events at the Capitol. CHISHOLM responded, "we just left headed home" and "[l]ooks like antifa was [with] us and the ones breaking everything."

Based on the foregoing, your affiant submits that there is probable cause to believe that JOHN BARRY CHISHOLM and MIKE ANDERSON violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the

President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

  Your affiant submits there is also probable cause to believe that JOHN BARRY CHISHOLM and MIKE ANDERSON violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly, (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 29th day of April 2024.

                MOXILA A. UPADHYAYA
                U.S. MAGISTRATE JUDGE